IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>P. DOUGLAS COMBS,<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. 05-6498-PHX-SSC<br><br>(Jointly Administered with<br><br>Case No. 02-18352-PHX-SSC) |
| P. DOUGLAS COMBS,<br><br>Debtor and Plaintiff,<br><br>v.<br><br>JILL FORD, Trustee, THOMAS ALLEN, esq., attorney for trustee FORD, KEVIN MCCOY esq., attorney for trustee FORD, ALEN, SALA, & BAYNE PLC, firm in the employ of trustee Ford.<br><br>Defendants. | Adversary No. 08-143-SSC<br><br>**ORDER INCORPORATING MEMORANDUM DECISION OF SEPTEMBER 24, 2008** |

Based upon this Court's Memorandum Decision of September 24, 2008, which is herein incorporated by reference,

IT IS ORDERED GRANTING the Trustee's Motion to Dismiss as to Counts 1, 2, 4, and 5. The Court is further dismissing the Trustee's Motion to Dismiss as to Count 3. Count 3 will remain pending.

1   DATED this 24th day of September, 2008

_____
Honorable Sarah Sharer Curley
United States Bankruptcy Judge

9   BNC to notice.